**S**ILVERMAN**A**CAMPORA **LLP**  
Attorneys for Kangadis Food Inc.  **Settlement Date: October 29, 2014**
100 Jericho Quadrangle, Suite 300  **Time: 12:00 p.m.**
Jericho, New York 11753  
(516) 479-6300  
Anthony C. Acampora  **Objections Due: October 28, 2014**
Adam L. Rosen  **Time: 4:00 p.m.**
Lon J. Seidman  

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  

In re:  

                                           Chapter 11  

KANGADIS FOOD INC.,  
  d/b/a The Gourmet Factory,                   Case No. 14-72649 (REG)  

                      Debtor.  
-----------------------------------------------------------x  
KANGADIS FOOD INC.,  

                                           Adv. Pro. No. 14-08276 (REG)  

                    Plaintiff,  

        - against -  

JOSEPH EBIN and YERUCHUM JENKINS,  
individually and on behalf of all others  
similarly situated,  

                  Defendants.  
-----------------------------------------------------------x  

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE**, plaintiff Kangadis Food Inc. (the "**Debtor**") will present the attached order (the "**Proposed Order**") denying its motion seeking entry of an order, pursuant to sections 105(a) and 362 of title 11, United States Code, staying the action titled *Joseph Ebin, Yeruchum Jenkins, et al. v. Kangadis Family Management, LLC, et al.*, Index No. 14-CV-1324 (JSR), currently pending in the United States District Court for the Southern District of New York (Adv. Pro. ECF Doc. No. 2), on **October 29, 2014** at **12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, counter-Proposed Orders (black-lined), if any, must be (i) electronically filed with the Bankruptcy Court; (ii) delivered to Chambers of the

Honorable Robert E. Grossman, United States Bankruptcy Judge; and (iii) served upon (a) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attn: Adam L. Rosen (attorneys for the Debtor); and (b) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, so as to be filed and received by no later than **October 28, 2014** at **4:00 p.m.** Unless counter-Proposed Orders are received by that time, the attached Proposed Order may be entered without further notice.

Dated: Jericho, New York
      October 22, 2014         **SILVERMANACAMPORA LLP**
                                      Attorneys for Kangadis Food, Inc.

                                        By: *s/ Anthony C. Acampora*
                                              Anthony C. Acampora
                                        Member of the Firm
                                        100 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753
                                        (516) 479-6300