**SILVERMANACAMPORA LLP**
Attorneys for Kangadis Food Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Adam L. Rosen
Lon J. Seidman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

KANGADIS FOOD INC.,
  d/b/a The Gourmet Factory,

                            Debtor.

Chapter 11

Case No. 14-72649 (REG)

-----------------------------------------------------------x

KANGADIS FOOD INC.,

                            Plaintiff,

      - against -

JOSEPH EBIN and YERUCHUM JENKINS,
individually and on behalf of all others
similarly situated,

                            Defendants.

Adv. Pro. No. 14-08276 (REG)

-----------------------------------------------------------x

## NOTICE OF DISMISSAL PURSUANT TO F.R.B.P. 7041
## VOLUNTARILY DISMISSING ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE**, that on or about September 30, 2014, Kangadis Food Inc. (the "**Debtor**") filed a Complaint commencing the above-captioned adversary proceeding (the "**Adversary Proceeding**") against Joseph Ebin and Yeruchum Jenkins, individually and on behalf of all others similarly situated, seeking, among other things, injunctive relief pursuant to sections 105(a) and 362 of title 11, United States Code, staying the action titled *Joseph Ebin, Yeruchum Jenkins, et al. v. Kangadis Family Management, LLC, et al.*, Index No. 14-CV-1324 (JSR), currently pending in the United States District Court for the Southern District of New York; and

Case 8-14-08276-reg    Doc 17    Filed 10/24/14    Entered 10/24/14 10:37:52

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby dismisses the Adversary Proceeding.

Dated: Jericho, New York
      October 21, 2014

**SILVERMANACAMPORA LLP**
Attorneys for Kangadis Food, Inc.

By: *s/ Anthony C. Acampora*
    Anthony C. Acampora
Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

**TO**: **Defendants**

Joseph Ebin
679 West 239th Street
Bronx, NY 10463

Yeruchum Jenkins
412 Fenlon Boulevard
Clifton, NJ 07014

**Counsel to Defendants**

Scott Bursor, Esq.
Bursor & Fisher, PA
888 Seventh Avenue, 3rd Floor
New York, NY 10019