**S**ILVERMAN**A**CAMPORA **LLP**
Attorneys for Kangadis Food Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Adam L. Rosen
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

KANGADIS FOOD INC.,
  d/b/a The Gourmet Factory,

                          Debtor.

Chapter 11

Case No. 14-72649 (REG)

-----------------------------------------------------------x

KANGADIS FOOD INC.,

                         Plaintiff,

       - against -

JOSEPH EBIN and YERUCHUM JENKINS,
individually and on behalf of all others
similarly situated,

                       Defendants.

Adv. Pro. No. 14-08276 (REG)

-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

    I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

    On October 24, 2014, deponent served the within

- **NOTICE OF DISMISSAL PURSUANT TO F.R.B.P. 7041 VOLUNTARILY DISMISSING ADVERSARY PROCEEDING**

MC/1624258.1/063637

TO: **Defendants**
Joseph Ebin
679 West 239th Street
Bronx, NY 10463

Yeruchum Jenkins
412 Fenlon Boulevard
Clifton, NJ 07014

**Counsel to Defendants**
Joseph Ebin and Yeruchum Jenkins
c/o Bursor & Fisher, PA
888 Seventh Avenue, 3rd Floor
New York, NY 10019
Attn: Scott Bursor, Esq.

**\***Email:  scott@bursor.com
jmarchese@bursor.com
ykopel@bursor.com

**\***by electronic mail transmission to the email address(es) listed above, said email address(es) designated for that purpose; and

by **First Class Mail** to the address(es) listed, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*s/ Melissa Cohen*
**MELISSA COHEN**

Sworn to before me this
24th day of October, 2014.

Brian Powers
Notary Public, State of New York
No.: 02PO6283072
Qualified in Nassau County
Commission Expires May 28, 2017

*s/ Brian Powers*
Notary Public